UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC LEE and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br>     v.<br><br>BINANCE, CHANGPENG ZHAO, YI HE, and ROGER WANG,<br><br>   *Defendants*. | Case No. 20-cv-02803 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I, M. Nick Sage, am admitted to practice in this Court and appear as counsel for defendants Binance, Changpeng Zhao, Yi He, and Roger Wang in the above-captioned matter.

Dated:   August 24, 2020
       New York, New York

              DAVIS POLK & WARDWELL LLP

              By: */s/ M. Nick Sage*
                  M. Nick Sage

              DAVIS POLK & WARDWELL LLP
              450 Lexington Avenue
              New York, New York 10017
              Telephone: (212) 450-3140
              Facsimile: (212) 701-6140

              *Attorney for Defendants Binance, Changpeng Zhao, Yi He, and Roger Wang*