UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC LEE and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>BINANCE, CHANGPENG ZHAO, YI HE, and ROGER WANG,<br><br>        *Defendants*. | Case No. 20-cv-02803 |

# BINANCE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Binance makes the following disclosure through its undersigned counsel:

Binance has no parent corporation and no publicly held corporation owns 10% or more of its stock.

*[SIGNATURE BLOCK APPEARS ON FOLLOWING PAGE]*

Dated: August 24, 2020
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ James P. Rouhandeh*
James P. Rouhandeh

James P. Rouhandeh
Daniel J. Schwartz
M. Nick Sage
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4835
Facsimile: (212) 701-5835
rouhandeh@davispolk.com
daniel.schwartz@davispolk.com
m.nick.sage@davispolk.com

*Counsel for Defendants Binance, Changpeng Zhao, Yi He, and Roger Wang*