UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JD ANDERSON, CORY HARDIN, ERIC LEE, BRETT MESSIEH, DAVID MUHAMMAD, RANJITH THIAGARAJAN, CHASE WILLIAMS, and TOKEN FUND I LLC individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>BINANCE, CHANGPENG ZHAO, YI HE, and ROGER WANG,<br><br>　　　　　　　　Defendants. | Case No. 1:20-cv-02803 |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND/OR TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of James P. Rouhandeh dated February 16, 2021, and the exhibits attached thereto, Defendants Binance, Changpeng Zhao, Yi He, and Roger Wang (collectively, "defendants"), will move this Court before the Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice the Second Amended Class Action Complaint (Dkt. No. 55) pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), and the doctrine of *forum non conveniens*, and/or compelling arbitration of plaintiffs' claims, and granting such further relief as the Court deems proper and just.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order dated December 15, 2020 (Dkt. No. 54), plaintiffs shall file any opposition to defendants' motion on

April 19, 2021, and defendants shall file any reply in further support of this motion on June 3, 2021.

      Defendants respectfully request oral argument on this motion.

Dated: February 16, 2021             Respectfully submitted,

                                            /s/ *James P. Rouhandeh*
                                            James P. Rouhandeh
                                            Daniel J. Schwartz
                                            M. Nick Sage
                                            DAVIS POLK & WARDWELL LLP
                                            450 Lexington Avenue
                                            New York, NY 10017
                                            (212) 450-4835
                                            Fax: (212) 701-5835
                                            james.rouhandeh@davispolk.com
                                            daniel.schwartz@davispolk.com
                                            m.nick.sage@davispolk.com

                                            *Counsel for defendants*