USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___04/06/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JD ANDERSON, CORY HARDIN, ERIC LEE, BRETT
MESSIEH, DAVID MUHAMMAD, RANJITH
THIAGARAJAN, CHASE WILLIAMS, and TOKEN FUND
I LLC, individually and on behalf of all others similarly
situated,

            Plaintiffs,

    - against -

BINANCE, CHANGPENG ZHAO, YI HE, and ROGER
WANG,

            Defendants.

---

No. 1:20-cv-02803-ALC

STIPULATION AND
        ORDER
REGARDING VOLUNTARY
DISMISSAL OF
DEFENDANTS HE AND
WANG

---

Plaintiffs JD Anderson, Cory Hardin, Eric Lee, Brett Messieh, David Muhammad,

Ranjith Thiagarajan, Chase Williams, and Token Fund I LLC (together, "Plaintiffs"),

individually and on behalf of all others similarly situated, and Defendants Binance, Changpeng

Zhao, Yi He, and Roger Wang (collectively "Defendants," and together with Plaintiffs, the

"Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Parties agree that Defendants He and Wang may be voluntarily

dismissed from the above-caption action pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii);

WHEREAS, the briefing schedule regarding Defendants' motion to dismiss (ECF No.

57) should remain in full force and effect.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through

their undersigned counsel, that all of claims alleged against Defendants He and Wang in the

above-captioned action are voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the briefing schedule regarding Defendants' motion to dismiss (ECF No. 57) shall remain in full force and effect.

IT IS FURTHER STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that the claims against Defendants Binance and Changpeng Zhao shall not be affected by this Stipulation and Proposed Order.

Dated: April 5, 2021
New York, NY

Philippe Z. Selendy
Jordan A. Goldstein
Oscar Shine
Mitchell Nobel
SELENDY & GAY PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
pselendy@selendygay.com
jgoldstein@selendygay.com
oshine@selendygay.com
mnobel@selendygay.com

Kyle W. Roche
Edward Normand
Velvel (Devin) Freedman (pro hac vice)
Alex T. Potter
Richard Cipolla
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY
kyle@rcfllp.com
tnormand@rcfllp.com
vel@rcfllp.com
apotter@rcfllp.com
rcipolla@rcfllp.com

*Attorneys for Plaintiffs*

James P. Rouhandeh
Daniel J. Schwartz
M. Nick Sage
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
james.rouhandeh@davispolk.com
daniel.schwartz@davispolk.com
m.nick.sage@davispolk.com

*Attorneys for Defendants*

SO ORDERED:

This __6__ day of __April__ 2021.

Hon. Andrew L. Carter
United States District Judge