| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Hong Kong |
| São Paulo | Beijing |
| London | Tokyo |

# Davis Polk

**James P. Rouhandeh**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4835 tel
rouhandeh@davispolk.com

June 4, 2021

Re:     *Anderson, et al. v. Binance, et al.*, No. 1:20-cv-02803 (ALC) (S.D.N.Y.)

<u>VIA ECF</u>

Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Carter:

We represent defendants Binance and Changpeng Zhao (together, "defendants") in the above-referenced action.  On February 16, 2021, defendants filed a Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and/or to Compel Arbitration (the "Motion").  The Motion was fully briefed as of yesterday, and defendants hereby respectfully request that the Court schedule oral argument on the Motion, as they requested in their Notice of Motion.  (Dkt. No. 58.)

We are available to answer any questions the Court may have.

Respectfully submitted,

*/s/ James P. Rouhandeh*
James P. Rouhandeh