

Via ECF                                                               June 7, 2021

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *Lee, et al. v. Binance, et al.*, No. 20-cv-2803 (ALC)

Dear Judge Carter:

      We represent Plaintiffs in the above-referenced action. We write respectfully to join Defendants' June 4, 2021 request (ECF No. 68) for the Court to schedule oral argument regarding the pending motion to dismiss (ECF No. 58). We are available at the Court's convenience.

                                          Respectfully submitted,

*s/ Kyle W. Roche*                                          *s/ Jordan A. Goldstein*
Roche Freedman LLP                                   Selendy & Gay PLLC
99 Park Avenue, 19th Floor                       1290 Sixth Avenue, 17th Floor
New York, NY 10016                                    New York, NY 10104
kyle@rcfllp.com                                           jgoldstein@selendygay.com