**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JD ANDERSON ET AL.,

                Plaintiffs,

-against-                                        20 **CIVIL** 2803 (ALC)

## JUDGMENT

BINANCE ET AL.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Defendants' motion to dismiss is GRANTED and the Second Amended Complaint is DISMISSED.

**Dated:**  New York, New York

        March 31, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                            **BY:**

                                                                       **Deputy Clerk**