UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JD ANDERSON, COREY HARDIN, ERIC LEE, BRETT MESSIEH, DAVID MUHAMMAD, RANJITH THIAGARAJAN, CHASE WILLIAMS, and TOKEN FUND I LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BINANCE, CHANGPENG ZHAO, YI HE, and ROGER WANG,<br><br>      Defendants. | Case No. 1:20-cv-02803-ALC<br>Honorable Andrew L. Carter, Jr.<br><br>**<u>NOTICE OF APPEAL</u>** |

Notice is hereby given that JD Anderson, Corey Hardin, Eric Lee, Brett Messieh, David Muhammad, Ranjith Thiagarajan, Chase Williams, and Token Fund I LLC, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order Granting Defendants' Motion to Dismiss (ECF No. 77, the "Order"), signed and entered on March 31, 2022, and Judgment (ECF No. 78, the "Judgment"), signed and entered on March 31, 2022, in the above-captioned action.  This appeal is taken from each and every part of the Order and Judgment, and from the Order and Judgment as a whole.

Dated:   April 29, 2022                          Respectfully submitted,
         New York, NY


 *s/ Kyle W. Roche*                              *s/ Jordan A. Goldstein*
 Kyle W. Roche                                   Philippe Z. Selendy
 Edward Normand                                  Jordan A. Goldstein
 Velvel (Devin) Freedman                         Oscar Shine
    (*pro hac vice*)                             Mitchell Nobel
 Alex T. Potter                                  SELENDY GAY ELSBERG PLLC
 Richard R. Cipolla                              1290 Sixth Avenue, 17th Floor
 ROCHE FREEDMAN LLP                              New York, NY  10104
 99 Park Avenue, 19th Floor                      Tel: (212) 390-9000
 New York, NY  10016                             pselendy@selendygay.com
 Tel: (646) 350-0527                             jgoldstein@selendygay.com
 kyle@rochefreedman.com                          oshine@selendygay.com
 tnormand@rochefreedman.com                      mnobel@selendygay.com
 vel@rochefreedman.com
 apotter@rochefreedman.com
 rcipolla@rochefreedman.com


                                                 *Co-Lead Counsel and Attorneys for*
                                                 *Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I caused the foregoing Notice of Appeal to be served

via the Electronic Case Filing (ECF) system in the United States District Court for the Southern

District of New York, on all parties registered for CM/ECF in the above-captioned action.


Dated:   April 29, 2022
        New York, NY

*s/ Jordan A. Goldstein*
Jordan A. Goldstein