UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JD ANDERSON, CORY HARDIN, DAVID :
MUHAMMAD, RANJITH THIGARAJAN, :
AND CHASE WILLIAMS, individually and on behalf :
of all others similarly situated, :  20-cv-2803 (ALC)
 :
                          Plaintiffs, : **ORDER ON MOTION TO**
    -against- : **WITHDRAW**
 :
BINANCE AND CHANGPENG ZHAO, :
 :
                         Defendants. x
----------------------------------------------------------------------
**ANDREW L. CARTER, JR., District Judge:**

       Freedman Normand Friedland LLP ("FNF"), Velvel (Devin) Freedman, Edward Normand, and Alex Potter, counsel of record for Plaintiffs JD Anderson, Corey Hardin, Brett Messieh, David Muhammad, Ranjith Thiagarajan, and Chase Williams (collectively, the "Lead Plaintiffs"), moved for leave to withdraw as counsel by motion on June 28, 2024. ECF No. 107. Plaintiffs counsel has provided the Court with a sufficient basis for withdrawal.

       Accordingly, FNF, Freedman, Normand, and Potter are hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

       The Clerk of the Court is directed to terminate ECF No. 107.

**SO ORDERED.**

**Dated:    March 19, 2025**
            **New York, New York**

                                                           _/s/ Andrew L. Carter, Jr._
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**