UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JD ANDERSON, CORY HARDIN, DAVID MUHAMMAD, RANJITH THIAGARAJAN, And CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE and CHANGPENG ZHAO,<br><br>Defendants. | Case No. 1:20-cv-2803-ALC |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Selendy Gay Elsberg PLLC has changed its name to Selendy Gay PLLC. The office address, telephone and facsimile numbers, and e-mail addresses remain the same. Please update your records to reflect this change.

Dated: New York, NY
       March 31, 2025

Respectfully submitted,

SELENDY GAY PLLC

By:   */s/   Jordan Goldstein*
Jordan Goldstein
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
jgoldstein@selendygay.com

*Attorneys for Plaintiffs and the Proposed Class*