**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____

WRITER'S DIRECT DIAL NO.
**(212) 849-7263**

WRITER'S EMAIL ADDRESS
**christopherkercher@quinnemanuel.com**

April 11, 2025

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   No. 20-cv-02803 (ALC), *Anderson et al. v. Binance et al.*
      Attorney Withdrawal

Dear Judge Carter:

I write to inform the Court that our former associate, Maheema Haque, has left the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and is no longer counsel to Defendant Changpeng Zhao. I therefore respectfully request that this Court permit her to withdraw as counsel to Defendant Changpeng Zhao in this matter, and that this Court direct the Clerk's Office to terminate her from the docket in this case.

Defendant Changpeng Zhao is represented by undersigned counsel, and as such, Ms. Haque's withdrawal will not affect any discovery, trial, or other such dates pending in this matter. If the Court approves of this request, I respectfully request that it "So Order" this letter. I thank the Court for its consideration.

Respectfully submitted,

/s/ Christopher D. Kercher

Christopher D. Kercher

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 14, 2025
New York, NY

The Clerk of Court is respectfully directed to terminate Maheema Haque as counsel in this case.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH