UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JD ANDERSON, CORY HARDIN, DAVID MUHAMMAD, RANJITH THIAGARAJAN, and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>BINANCE and CHANGPENG ZHAO,<br><br>      *Defendants*. | No. 20 Civ. 2803 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' correspondence regarding (1) Defendants' anticipated motion to vacate the Court's March 28, 2025 order and opinion (ECF No. 30) and (2) the supplemental briefing in this case. *See* ECF Nos. 134, 135, and 13.9  Having vacated the March 28, 2025 in a separate order filed concurrently with this one, the Court **DENIES** Defendant's request for a premotion conference as moot.

  With respect to the briefing of the supplemental issues, the Court **ORDERS** that the Parties adhere to the briefing schedule proposed by the Parties in their April 14 joint status report. *See* ECF No. 139.  Defendants' opening brief will be due on or before May 16, 2025.  Plaintiffs' opposition brief will be due no later than 30 days after the filing of Defendants' opening brief. Defendants' reply will be due no later than 15 days of the filing of Plaintiffs' opposition.

**SO ORDERED.**

Dated:  New York, New York
     April 16, 2025

                         Andrew L. Carter, Jr.
                          United States District Judge