UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JD ANDERSON, CORY HARDIN, DAVID MUHAMMAD, RANJITH THIAGARAJAN, and CHASE WILLIAMS, individually and on behalf of all others similarly situated,

                *Plaintiffs*,

    v.

BINANCE and CHANGPENG ZHAO,

                *Defendants*.

No. 20 Civ. 2803 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court having been advised that the parties wish to file supplemental briefing on certain issues identified in the Court's March 28, 2025 Opinion and Order, ECF 130, without prejudice to Defendants' ability to bring an interlocutory appeal under 9 U.S.C. § 16(a)(1)(C), and believing that it is most efficient to defer any such appeal until after the Court issues a final order fully resolving Defendants' motion to compel arbitration, it is hereby

    **ORDERED** that the Court's March 28, 2025 Opinion and Order, ECF 130, is **VACATED**. Following the conclusion of supplemental briefing, the Court will enter a new opinion and order taking into consideration both its prior decision and the issues addressed in the parties' supplemental briefs.

Dated:    New York, New York
            April 16, 2025

                                            Andrew L. Carter, Jr.
                                            United States District Judge