UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JD ANDERSON ET AL.

                                  Plaintiffs,

             1:20-cv-02803 (ALC)

   -against-

            **ORDER**

BINANCE ET AL.

                                 Defendants.
---------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

      The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on **November 20, 2025 at 11:00 AM** for oral argument on the supplemental briefing of Defendants' Motion to Compel Arbitration. Each side will have 7 minutes for opening and 4 minutes for rebuttal.

SO ORDERED.

Dated: November 12, 2025

New York, New York

                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**