**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7263**

WRITER'S EMAIL ADDRESS
**christopherkercher@quinnemanuel.com**

November 14, 2025

<u>VIA ECF</u>

The Honorable Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: <u>No. 20-cv-02803 (ALC)</u>, *Anderson et al. v. Binance et al.*
     Withdrawal of Quinn Emanuel

Dear Judge Carter:

  I write on behalf of Quinn Emanuel Urquhart & Sullivan, LLP, withdrawing counsel for Defendant Changpeng Zhao, to respectfully request that the Court grant Quinn Emanuel's unopposed motion to withdraw, ECF No. 144, and confirm that Quinn Emanuel is excused from appearing at the hearing scheduled for November 20, 2025, *see* ECF No. 153.[1]  As Defendant Zhao is represented by counsel from Baker & Hostetler LLP, ECF No. 149, granting Quinn Emanuel's motion to withdraw will not affect any discovery, trial, or other deadlines in this matter.  I thank the Court for its consideration of our motion.

Respectfully submitted,

*/s/ Christopher D. Kercher*

Christopher D. Kercher

---

[1] We respectfully request that the Court direct the Clerk's Office to terminate the following Quinn Emanuel attorneys from the docket of this case: Christopher D. Kercher, Avi Perry, Emily Kapur, Jianjian Ye, and Arman Cuneo.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH