UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JD ANDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE, et al., <br><br> Defendants. | Case No. 20 Civ. 2803 (ALC) <br> Honorable Andrew L. Carter, Jr. |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i) OF CERTAIN OF PLAINTIFFS' CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs JD Anderson, Corey Hardin, David Muhammad, Ranjith Thiagarajan, and Chase Williams, by and through their undersigned counsel, hereby give notice that they voluntarily dismiss all claims against all Defendants in the above-captioned matter with respect to purchases of tokens on the Binance platform <u>on or after February 20, 2019</u>.

For the avoidance of doubt, Plaintiffs do <u>not</u> dismiss any claims arising from purchases of tokens on the Binance platform <u>on or before February 19, 2019</u>, and Plaintiffs will continue to pursue those claims.

Dated: November 19, 2025  
        New York, NY

Respectfully submitted,

/s/ Jordan A. Goldstein
_____
Jordan A. Goldstein  
Corey Stoughton  
SELENDY GAY PLLC  
1290 Avenue of the Americas, 17th Floor  
New York, NY 10104  
Tel: (212) 390-9000  
jgoldstein@selendygay.com  
cstoughton@selendygay.com

*Attorneys for Plaintiffs and the Putative Class*

2