UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JD ANDERSON ET AL.                           :
                                             :
                          Plaintiffs,        :
                                             :   1:20-cv-02803 (ALC)
         -against-                           :
                                             :   <u>ORDER</u>
BINANCE ET AL.                               :
                                             :
                          Defendants.        :
                                             :
                                             :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    As discussed during the November 20, 2025 oral arguments, the Parties should file a joint status report or stipulation by November 25, 2025, voluntarily dismissing the claims on or after February 20, 2019 pursuant to Rule 41.

    SO ORDERED.

Dated:  November 20, 2025

       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**