UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JD ANDERSON ET AL.

                       Plaintiffs,  :

                               :    1:20-cv-02803 (ALC)

        -against-           :

BINANCE ET AL.              :    **ORDER**

                               :

                   Defendants.  :

                               :

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ORDERED to file a joint status report by April 3, 2026.

**SO ORDERED.**

**Dated:** February 26, 2026

    New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**